UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 15-Cr-535 (SHS) |
| -v- | ORDER |
| ANTHONY GOMEZ, | |
| Defendant(s). | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that defendant's request for release from custody in light of COVID-19 [Doc. No. 87] is dismissed, without prejudice, as requested by his attorney, Annalisa Miron, in her letter dated April 29, 2020 [Doc. No. 88].

Dated: New York, New York
       April 29, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.